P. O. RICKMAN, JR., NANNIE MAE WOODARD, JOINED BY HER HUSBAND, J. D. WOODARD, AND LIZZIE RICKMAN, *Appellants,* v. ROSA LEE LANIER, JOINED BY HER HUS-BAND, F. M. LANIER, *Appellee.*

Division B.

Decision Filed January 5, 1925.

Petition for Rehearing Denied March 10, 1925.

An Appeal from the Circuit Court for Charlotte County, George W. Whitehurst, Judge.

*Leitner & Leitner,* for Appellants;

*Treadwell & Treadwell,* for Appellee.

PER CURIAM.—This cause having heretofore been sub-mitted to the Court upon the transcript of the record of the order herein, and briefs and argument of counsel for

the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said order; it is, therefore, considered, ordered and adjudged by the Court that the said order of the Circuit Court be, and the same is hereby, affirmed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.